DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KIMBERLY C. SHOOK,

Appellant,

v.

ROY PETERSILGE,

Appellee.

No. 2D2025-2076
————————————————

April 24, 2026

Appeal from the County Court for Pasco County; Joseph Justice, Judge.

Kimberly C. Shook, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.